1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   GWENDOLYN M. GAMBLE (State Bar No. 143267)
4  Assistant United States Attorney
        Room 7516, Federal Building
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Email: gwen.gamble@usdoj.gov
        Telephone: (213) 894-6684
7       Fax:       (213) 894-7819
   Attorneys for Cross Defendant
8  United States of America

9              UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION

| | |
|---|---|
| 12 KAREN IRENE FRENCH, | No. CV 07-3406 AHM (AJWx) |
| 13     Plaintiff, | **ORDER DISMISSING ACTION** |
| 14     v. | Honorable A. Howard Matz |
| 15 INTEGRITY PROPERTY MANAGEMENT, a business organization form unknown; MARTHA L. DAGGETT TRUST; and DOES 1 to 10, inclusive, | |
| 18     Defendants. | |
| 19 INTEGRITY PROPERTY MANAGEMENT, and MARTHA L. DAGGETT TRUST, | |
| 21     Cross-Claimants, | |
| 22     v. | |
| 23 UNITED STATES; SECURITY INNOVATIONS LIMITED; and ROES 1 to 50, Inclusive, | |
| 25     Cross-Defendants. | |

1    Pursuant to the Stipulation for Compromise Settlement entered
2 into between Cross Claimant Integrity Property Management, Cross
3 Claimant Martha L. Daggett Trust, and Cross Defendant United States
4 of America, filed concurrently herewith, and the Settlement reached
5 by all parties,
6    IT IS HEREBY ORDERED that:
7    1.   The entire action is dismissed with prejudice in its
8 entirety;
9    2.   Each party shall bear their own costs of suit and attorneys
10 fees; and
11    3.   The Court retains jurisdiction pending payment of the
12 settlement.
13    DATED: March 20, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**Make JS-6**

2